# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ARIN SANDERS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  Case No. CIV-21-563-G |
| | ) |
| **CITY OF OKLAHOMA CITY et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Now before the Court are several Motions to Dismiss (Doc. Nos. 8, 18, 21, 27, 31), seeking dismissal of the claims raised in Plaintiff's original Complaint (Doc. No. 1). On October 13, 2021, Plaintiff timely filed an Amended Complaint (Doc. No. 45). Plaintiff's Amended Complaint supersedes the original Complaint and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991). Accordingly, the pending Motions to Dismiss (Doc. Nos. 8, 18, 21, 27, 31) are DENIED AS MOOT.

IT IS SO ORDERED this 13th day of October, 2021.

CHARLES B. GOODWIN
United States District Judge